# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

MASON GARRETT
_____
Plaintiff

vs.

USA
_____
Defendant

)
)
)
)
)  Case No. 21-3267-CV-S-SRB
)
)
)
)
)

# APPLICATION FOR LEAVE TO FILE ACTION
# WITHOUT PAYMENT OF FEES
# WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

_____
Plaintiff



SPRINGFIELD MO 658

20 OCT 2021 PM 2 L

FOREVER USA

RECEIVED

OFFICE OF THE CLERK 2021 OCT 25 PM 2:45

Mason L. Garrett
108 Pointe Lookout Rd.
Saint Robert Mo. 65584

Western district Federal court
Clerk of the US district court
WESTERN DISTRICT OF MO
OF Mmissouri
400 E. 9th St.
KC Mo. 64106

SCREENED BY U.S.

64106-260756